THE PEOPLE OF THE STATE OF NEW YORK ex rel. BJORN REED, Appellant, against SUPREME COURT OF THE STATE OF NEW YORK, CLINTON COUNTY, et al., Respondents.

Submitted February 17, 1947; decided February 27, 1947.

*Bjorn Reed,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (George A. Radz* of counsel), opposed.

Motion denied and appeal dismissed on the ground that an appeal does not lie to this court.